**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2015-0242, <u>Joseph Haas v. TD Bank</u>, the court on September 25, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Joseph Haas, appeals the order of the Superior Court (<u>Kissinger</u>, J.) dismissing his complaint against the defendant, TD Bank, N.A.

Complaints regarding adverse rulings by the trial court without developed legal argument are insufficient to warrant judicial review. <u>State v. Blackmer</u>, 149 N.H. 47, 49 (2003). The plaintiff's brief consists of a single page with six numbered paragraphs. It contains no developed legal argument and does not otherwise comply with the requirements of Supreme Court Rule 16(3). Self-represented litigants are bound by the same procedural requirements as parties represented by counsel. <u>In the Matter of Birmingham & Birmingham</u>, 154 N.H. 51, 56 (2006). Accordingly, we decline to address the issues raised. <u>See</u> <u>Blackmer</u>, 149 N.H. at 49 (confining our review to issues fully briefed).

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**